# *Blue Ridge Regional Jail Authority*

*510 Ninth Street • P.O. Box 6078 • Lynchburg, VA 24505 • (434) 847-3100 • Fax (434) 847-5134*



November 12, 2019

Mr. Josey Edwards
BRRJA – LADC
P.O. Box 6018
Lynchburg, VA 24505

**Reference:    DOC Transfer/Medical**

Dear Mr. Edwards

The Blue Ridge Regional Jail Authority has no control over when the Department of Corrections transfers its inmates.  You will be housed here until Rockbridge decides to pick you up or you're transferred to DOC.

You were seen for an examination on October 22, 2019.  The exam showed no complaints related to Hepatitis C and no liver enlargement.  The jail physician ordered lab work to check for liver function.  The lab work was completed on November 3, 2019 and was within normal limits.  At this time, you do not meet the criteria for Hepatitis C treatment.

Respectfully,

Chad Lipscomb
Assistant Administrator

cc: File

October 28 2019

**RECEIVED**

OCT 31 2019

**BRRJA ADMIN.**

Josey Edwards
LADC # G1300327
P.O. Box 6018
Lynchburg VA 24505


Timothy Trent
BRRJA Administrator
P.O. Box 6078
Lynchburg VA 24505


Dear Mr. Trent,

I am having some major issues here at LADC in regards to my civil rights. Request are not answered nor grievances this is why I am writing to you. I feel it would be in everyones best interest for me to be transferred out of BRRJA Altogether. I am sentenced and I have time in Rockbridge County and Buckingham so I could be shipped to one of those facilities. or to D.O.C because I have 15+ years.

I have hepatitus C that is not being treated. I am scheduled for blood work but I have been informed that I will be told I "do not qualify for the treatment" this is cruel and unusual punishment.

The Law Library is Also inadequate. Thirty minutes once a week is not meaningful access.

I am also experiencing retaliation for complaints and filing a Section 1983 suit about these issues. I told classification that I had enemies and they stuck me into the unit with them anyway. Then I wrote a request stating I was fearing for my life and I was again ignored I was then assaulted and made to do things I didn't want to do.

Please consider moving me asap.

Respectfully

Josey Edwards