CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Josey Ray Edwards

v.      Case No. 7:19cv713

Timothy Trent

## Motion for Leave To File Amended Complaint

Plaintiff Request leave to file Amended Complaint adding New Defendants and legal claims as to those defendants

1. Plaintiff in first amended Complaint named Timothy Trent as the sole defendant to four Claims.
2. Plaintiff wishes to withdrawal all claims, except for the Claim of showing Deliberate indifference to serious Medical needs denying treatment of HCV.
3. Plaintiff wishes to add Nurse Kimberley Rodgers, Dr. Qing Liu as Defendants
4. Nurse Kimberley Rodgers and Dr. Qing Liu who were and continue to be directly involved in Plaintiffs refused treatment violating Plaintiffs Eighth Amendment.
5. Plaintiff prays the court grant this motion with Consideration to the fact plaintiff has no legal training and has no counsel and
6. Although Plaintiff withdrawals his claim as to inadequate legal access, Plaintiff is housed in a facility with 30 minutes per week allotted for legal research, Please Consider, this is extremely restrictive
7. Plaintiff respectfully ask the Court to Consider that if Plaintiff brings claims Correctly as possible, Plaintiff does stand a great chance at success and addressing an issue that really needs addressing.
8. Plaintiffs Case is similar to Hoffer v. Jones U.S.D.C. (N.D.Fla.) Case No. 4:17-CV-00214-MW-CAS

Respectfully Submitted January 23 2020

Josey Edwards
P.O Box 60197
Lynchburg VA 24506

U.S.D.C
Office of the Clerk
210 Franklin RD. RM 540
Roanoke Virginia 24011



GREENSBORO NC 274
PIEDMONT TRIAD AREA
24 JAN 2020 PM 4 L
FOREVER USA
Barn Swallow

24011-000340